UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Kelly Maggard, Jr.,<br><br>    Plaintiff,<br><br>v.<br><br>The Burlington Northern and Santa Fe Railway Company, a Delaware corporation, n/k/a BNSF Railway Company, a Delaware corporation; John Does and Jane Does I-V, husbands and wives; Black Partnerships I-V, and White Corporations I-V,<br><br>    Defendants. | No. CV 05-772-PCT-PGR<br><br>**ORDER** |

Pursuant to the parties' Joint Motion to Extend Discovery and Dispositive Motion Deadlines, and for good cause appearing,

IT IS HEREBY ORDERED extending the discovery cutoff from May 31, 2006 to July 31, 2006;

IT IS FURTHER ORDERED extending the dispositive motion from June 16, 2006 to August 16, 2006.

IT IS FURTHER ORDERED vacating the August 1, 2006 deadline for the filing of the proposed pretrial order, stipulated jury instructions, proposed voir dire, proposed juror questionnaires and proposed forms of verdict. The Pretrial Conference is now scheduled for Monday, October 30, 2006 at 3:00 p.m. in Courtroom 601, and the parties' Joint Pretrial

1  Statement will be due on or before Monday, October 16, 2006.
2      DATED this 1st day of June, 2006.

Paul G. Rosenblatt
United States District Judge