**FENNEMORE CRAIG, P.C.**
William L. Thorpe (No. 005641)
Sal J. Rivera (No. 016728)
3003 North Central Avenue
Suite 2600
Phoenix, AZ  85012-2913
Telephone:  (602) 916-5000
wthorpe@fclaw.com
srivera@fclaw.com

Attorneys for BNSF Railway Company

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Kelly Maggard, Jr., a single man,<br><br>Plaintiff,<br><br>v.<br><br>The Burlington Northern and Santa Fe Railway Company, a Delaware corporation, n/k/a BNSF Railway Company, a Delaware corporation; John Does and Jane Does I-V, husbands and wives; Black Partnerships I-V, and White Corporations I-V,<br><br>Defendants. | No. CIV-05 0772 PCT PGR<br><br>**STIPULATION TO DISMISS WITH PREJUDICE**<br><br>(Assigned to the Hon. Paul G. Rosenblatt) |

The parties hereby stipulate and agree that this matter may be dismissed with prejudice, each party to bear its own costs and fees.

DATED this 13th day of November, 2006.

**INGEBRITSON & ASSOCIATES, P.A.**                **FENNEMORE CRAIG**


By   s/Charles T. Hvass                                    By  s/Sal J. Rivera
     Charles T. Hvass                                             William L. Thorpe
     Attorneys for Plaintiff                                      Sal J. Rivera
                                                                  Attorneys for BNSF

## CERTIFICATE OF SERVICE

☒ I hereby certify that on November 13, 2006, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

David A. Thomson
Law Offices of David A. Thomson
4506 North 12th Street
Phoenix, AZ 85014

Charles T. Hvass
Ingebritson & Associates, P.A.
Medical Arts Building
Suite 1205
825 Nicollet Mall
Minneapolis, MN 55402
Attorneys for Plaintiff

☐ I hereby certify that on November 13, 2006, I served the attached document by U.S. mail on the following, who are not registered participants of the CM/ECF System:

s/Mary Boston

FENNEMORE CRAIG, P.C.
PHOENIX

1854916.1