FENNEMORE CRAIG, P.C.
William L. Thorpe (No. 005641)
Sal J. Rivera (No. 016728)
3003 North Central Avenue
Suite 2600
Phoenix, AZ 85012-2913
Telephone: (602) 916-5000
wthorpe@fclaw.com
srivera@fclaw.com

Attorneys for BNSF Railway Company

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Kelly Maggard, Jr., a single man,<br><br>Plaintiff,<br><br>v.<br><br>The Burlington Northern and Santa Fe Railway Company, a Delaware corporation, n/k/a BNSF Railway Company, a Delaware corporation; John Does and Jane Does I-V, husbands and wives; Black Partnerships I-V, and White Corporations I-V,<br><br>Defendants. | No. CIV-05 0772 PCT PGR<br><br>**STIPULATION TO DISMISS WITH PREJUDICE**<br><br>(Assigned to the Hon. Paul G. Rosenblatt) |

The parties hereby stipulate and agree that this matter may be dismissed with prejudice, each party to bear its own costs and fees.

DATED this 13th day of December, 2006.

INGEBRITSON & ASSOCIATES, P.A.

By ___- See Attached -___
Charles T. Hvass
Attorneys for Plaintiff

FENNEMORE CRAIG

By _[signature]_
William L. Thorpe
Sal J. Rivera
Attorneys for BNSF

FENNEMORE CRAIG, P.C.
PHOENIX

FENNEMORE CRAIG, P.C.
William L. Thorpe (No. 005641)
Sal J. Rivera (No. 016728)
3003 North Central Avenue
Suite 2600
Phoenix, AZ 85012-2913
Telephone: (602) 916-5000
wthorpe@fclaw.com
srivera@fclaw.com

Attorneys for BNSF Railway Company

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Kelly Maggard, Jr., a single man, | No. CIV-05 0772 PCT PGR |
| Plaintiff, | |
| v. | **STIPULATION TO DISMISS WITH PREJUDICE** |
| The Burlington Northern and Santa Fe Railway Company, a Delaware corporation, n/k/a BNSF Railway Company, a Delaware corporation; John Does and Jane Does I-V, husbands and wives; Black Partnerships I-V, and White Corporations I-V, | (Assigned to the Hon. Paul G. Rosenblatt) |
| Defendants. | |

The parties hereby stipulate and agree that this matter may be dismissed with prejudice, each party to bear its own costs and fees.

DATED this _____ day of November, 2006.

INGEBRITSON & ASSOCIATES, P.A.          FENNEMORE CRAIG


By _____          By _____
   Charles T. Hvass                         William L. Thorpe
   Attorneys for Plaintiff                  Sal J. Rivera
                                            Attorneys for BNSF

FENNEMORE CRAIG, P.C.
PHOENIX

# CERTIFICATE OF SERVICE

☒ I hereby certify that on December 13, 2006, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

> David A. Thomson
> Law Offices of David A. Thomson
> 4506 North 12th Street
> Phoenix, AZ 85014
>
> Charles T. Hvass
> Ingebritson & Associates, P.A.
> Medical Arts Building
> Suite 1205
> 825 Nicollet Mall
> Minneapolis, MN 55402
> Attorneys for Plaintiff

☐ I hereby certify that on December 13, 2006, I served the attached document by U.S. mail on the following, who are not registered participants of the CM/ECF System:

_____s/Mary Boston_____